# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00123-CV

**Church Builders, Inc.; Richard A. Humphrey; Randy Beckett and Amy D. Humphrey,
Appellants**

**v.**

**Kyle United Methodist Church, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 428TH JUDICIAL DISTRICT
### NO. 08-134, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss their accelerated appeal from an order granting a request for temporary injunction. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellants' Motion

Filed: March 26, 2008